IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK AUSSIEKER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**EVERLAW, INC.**<br><br>*Defendant.* | Case No. 2:26-cv-00100 |

### [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2025, upon consideration of Plaintiff's Motion for Pro Hac Vice, the motion is GRANTED.

IT IS SO ORDERED.

_____
United States District Judge

1