**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Mark Aussieker | ) | |
| | ) | |
| v. | ) | Civil Action No.   2:26-cv-00100 |
| | ) | |
| EverLaw, Inc. | ) | |
| | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF**  Andrew R. Perrong

        [Affiant], undersigned counsel for [Plaintiff/Defendant] Plaintiff , hereby moves that [Affiant] be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for [Plaintiff/Defendant] Plaintiff in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

        In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of [Affiant] filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated:  3/13/2026

[Affiant's name] (Bar. ID NO.  333687 )
[Affiant's Address/Contact Details]

*Counsel for [Plaintiff/Defendant]*

Andrew R. Perrong
2657 Mount Carmel Avenue
Glenside PA 19038
215-225-5529
Fax: 888-329-0305
a@perronglaw.com
Counsel for Plaintiff