## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Mark Aussieker                    )
                                  )
                                  )
         vs.                      ) Civil Action No. 2:26-cv-00100
                                  )
EverLaw, Inc.                     )
                                  )

### AFFIDAVIT OF Andrew R. Perrong IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Andrew R. Perrong, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for [Plaintiff/Defendant] Plaintiff in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Andrew R. Perrong, being duly sworn, do hereby depose and say as follows:

1. I am a [Lawyer/Partner/Associate] of the law firm [Partner].

2. My business address is 2657 Mount Carmel Avenue, Glenside PA 19038.

3. I am a member in good standing of the bar[s] of PA, OR.

4. My bar identification number(s) [is/are] 333687; 243320.

5. A current certificate of good standing from Pennsylvania is attached to this Affidavit as Exhibit A.

6. [if applicable] The following are a complete list of any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court: None : [Insert additional explanation as appropriate.]

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.
I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: 03/13/2026

_____
[Affiant]