

# STATE OF OREGON

# SUPREME COURT

### SALEM

In the Matter of the Admission of

### ANDREW ROMAN PERRONG

as an Attorney of this Court.

I, as State Court Administrator of the State of Oregon, certify that on the 19th day of September, 2024

### ANDREW ROMAN PERRONG

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

March 10, 2026.

NANCY COZINE
State Court Administrator



Authorized Representative