IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Mark Aussieker | ) | |
| | ) | |
| | ) | |
| vs. | )Civil Action No. | 2:26-cv-00100 |
| | ) | |
| EverLaw, Inc. | ) | |
| | ) | |

**PROPOSED ORDER GRANTING
MOTION FOR ADMISSION *PRO HAC VICE***

AND NOW, this ___ day of _____, 2025, upon consideration of Plaintiff's Motion for Pro Hac Vice, the motion is GRANTED

IT IS SO ORDERED

_____, J.