IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Mark Aussieker | ) |
| | ) |
| vs. | ) Civil Action No.  2:26-cv-00100 |
| | ) Re: ECF No. 12 |
| EverLaw, Inc. | ) |
| | ) |

ORDER GRANTING
MOTION FOR ADMISSION *PRO HAC VICE*

AND NOW, this 16th day of March, 2025, upon consideration of Plaintiff's Motion for Pro Hac Vice, the motion is GRANTED and Attorney Andrew Roman Perrong is admitted to practice pro hac vice for this case.

IT IS SO ORDERED

_____
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE