## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK AUSSIEKER, individually and on behalf of others similarly situated,<br><br>                  Plaintiff,<br><br>    v.<br><br>EVERLAW, INC.,<br><br>                  Defendant. | Case No. 2:26-cv-00100-MPK |

### MOTION FOR ADMISSION *PRO HAC VICE* OF TIFFANY CHEUNG

Tiffany Cheung, undersigned counsel for Defendant Everlaw, Inc., hereby moves that Tiffany Cheung be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Everlaw, Inc. in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undesigned counsel attaches her Affidavit for Admission Pro Hac Vice of Tiffany Cheung filed herewith, which, it is averred, satisfies the requirements of the

-2-

foregoing Local Rules and Standing Order.

Dated: March 19, 2026                              Respectfully submitted,

                                                       */s/ Tiffany Cheung*

Tiffany Cheung (CA Bar No. 211497)
MORRISON & FOERSTER LLP
425 Market Street, Suite 3200
San Francisco, CA  94105-2482
Telephone:  415.268.7000
TCheung@mofo.com

*Counsel for Defendant Everlaw, Inc.*

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2026 I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: March 19, 2026                                     _/s/ Tiffany Cheung_
                                                                            Tiffany Cheung