**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARK AUSSIEKER, individually and on behalf of others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>EVERLAW, INC.,<br><br>                Defendant. | Case No. 2:26-cv-00100-MPK |

**AFFIDAVIT OF TIFFANY CHEUNG IN SUPPORT OF MOTION FOR ADMISSION**
***PRO HAC VICE***

I, Tiffany Cheung, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Everlaw, Inc. in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Tiffany Cheung, being duly sworn, do hereby depose and say as follows:

1.      I am a partner of the law firm Morrison & Foerster LLP.

2.      My business address is 425 Market Street, San Francisco, CA 94105.

3.      I am a member in good standing of the bar of the state of California. I was admitted to practice by the state of California on 12/01/2000, and my bar number is 211497.

4.      A current certificate of good standing from the California State Bar is attached to this Affidavit as Exhibit A.

5.    Additionally, I am admitted to practice in the following federal jurisdictions:

| Court: | Date of Admission: |
| --- | --- |
| USCA 9th Circuit | 01/10/2003 |
| USCA 6th Circuit | 04/04/2017 |
| USCA 3rd Circuit | 07/26/2024 |
| USDC Central District CA | 12/23/2002 |
| USDC Eastern District CA | 12/23/2002 |
| USDC Northern District CA | 01/17/2003 |
| USDC Southern District CA | 12/20/2002 |
| USDC Central District IL | 09/30/2000 |
| USDC Northern District IL | 01/28/2022 |
| USDC District of CO | 10/19/2019 |
| USDC Eastern District MI | 08/01/2012 |

6.    I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

7.    I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.    I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9.    Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Executed at San Francisco, CA, on March 19, 2026.


Dated: March 19, 2026                                   _/s/ Tiffany Cheung_
                                                                          Tiffany Cheung

# EXHIBIT A



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *TIFFANY CHEUNG*

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that TIFFANY CHEUNG, # 211497, was on the 1st day of December 2000, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court*
*on the 16th day of March 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
Biying Jia, Deputy Clerk