**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARK AUSSIEKER, individually and on behalf of others similarly situated,<br><br>                    Plaintiff,<br><br>   v.<br><br>EVERLAW, INC.,<br><br>                    Defendant. | Case No. 2:26-cv-00100-MPK |

## [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2026, upon consideration of Defendant Everlaw, Inc.'s Motion for Admission of Tiffany Cheung Pro Hac Vice, the motion is GRANTED.

IT IS SO ORDERED.

_____
United States District Judge