**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARK AUSSIEKER, individually and on behalf of others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>EVERLAW, INC.,<br><br>     Defendant. | Case No. 2:26-cv-00100-MPK |

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Everlaw, Inc., in the above-captioned action, certifies that there are no parents, subsidiaries, and/or affiliated of said party that have issued shares or debt securities to the public.

Dated: March 19, 2026       Respectfully submitted,

            */s/ Tiffany Cheung*

            Tiffany Cheung (CA Bar No. 211497)
            MORRISON & FOERSTER LLP
            425 Market Street
            San Francisco, CA  94105-2482
            Telephone:  415.268.7000
            TCheung@mofo.com

            *Counsel for Defendant Everlaw, Inc.*

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2026, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: March 19, 2026                                    _/s/ Tiffany Cheung_