**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARK AUSSIEKER, individually and on behalf of others similarly situated,<br><br>                         Plaintiff,<br><br>        v.<br><br>EVERLAW, INC.,<br><br>                         Defendant. | Case No. 2:26-cv-00100-MPK<br><br>*Re: ECF No. 14* |

**ORDER**

AND NOW, this *20th* day of *March* , 2026, upon consideration of Defendant Everlaw, Inc.'s Motion for Admission of Tiffany Cheung Pro Hac Vice, the motion is GRANTED.

IT IS SO ORDERED.

_____
United States District Judge

**MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE**