**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARK AUSSIEKER, individually and on behalf of others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>EVERLAW, INC.,<br><br>                    Defendant. | Case No. 2:26-cv-00100-MPK |

## MOTION FOR ADMISSION *PRO HAC VICE* OF TAYLOR A. HALBY

Taylor A. Halby, undersigned counsel for Defendant Everlaw, Inc., hereby moves that

Taylor A. Halby be admitted to appear and practice in this Court in the above-captioned matter

as counsel pro hac vice for Defendant Everlaw, Inc. in the above-captioned matter pursuant to

LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice

Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undesigned counsel attaches her Affidavit for Admission Pro

Hac Vice of Taylor A. Halby filed herewith, which, it is averred, satisfies the requirements of the

foregoing Local Rules and Standing Order.

Dated: March 26, 2026                          Respectfully submitted,

                                               */s/ Taylor A. Halby*

                                               Taylor A. Halby (CA Bar No. 352793)
                                               MORRISON & FOERSTER LLP
                                               12531 High Bluff Drive, Suite 200
                                               San Diego, CA  92130
                                               Telephone:  858.720.5100
                                               THalby@mofo.com

                                               *Counsel for Defendant Everlaw, Inc.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026 I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: March 26, 2026

*/s/ Taylor A. Halby*
Taylor A. Halby