# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK AUSSIEKER, individually and on behalf of others similarly situated,

          Plaintiff,

    v.

EVERLAW, INC.,

          Defendant.

Case No. 2:26-cv-00100-MPK

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Joe Nguyen as co-counsel for Defendant Everlaw, Inc. in the above-captioned matter.

STRADLEY RONON STEVENS & YOUNG, LLP

Dated:  April 13, 2026

By: */s/ Joe Nguyen*
Joe Nguyen, Esq. (PA ID No. 93638)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: (215) 564-8000
Facsimile: (215) 564-8120
JNguyen@stradley.com

*Counsel for Defendant,*
*Everlaw, Inc.*

8546873v.1