## <u>CERTIFICATE OF SERVICE</u>

I, Joe Nguyen, hereby certify that on April 13, 2026, a true and correct copy of the

foregoing was filed electronically and served via ECF on all counsel of record.


_/s/ Joe Nguyen_____
Joe Nguyen