**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARK AUSSIEKER, individually and on behalf of others similarly situated, <br><br><br> Plaintiff, <br><br><br> v. <br><br><br> EVERLAW, INC., <br><br><br> Defendant. | Case No. 2:26-cv-00100-MPK |

**<u>DEFENDANT EVERLAW, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT</u>**

Defendant Everlaw, Inc. ("Everlaw") respectfully moves this Court to dismiss with prejudice Count II of the FAC and Plaintiff's request for treble damages under both Counts I and II pursuant to Federal Rule of Civil Procedure 12(b)(6). The specific grounds for this motion are set forth in the brief filed contemporaneously herewith.

Dated: April 24, 2026                           Respectfully submitted,


[SIGNATURE PAGE FOLLOWS]

-2-

*/s/ Joe Nguyen*

Tiffany Cheung (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
TCheung@mofo.com

Taylor A. Halby (*pro hac vice*)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 720-5100
THalby@mofo.com

Joe Nguyen (PA ID No. 93638)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: (215) 564-8000
JNguyen@stradley.com

*Counsel for Defendant Everlaw, Inc.*

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to this Court's Order (Dkt. 3), the undersigned certifies that counsel for Defendant conferred in good faith with counsel for Plaintiff, Andrew Perrong, regarding the substance of the foregoing Motion on March 24, 2026. The parties were unable to agree on a resolution of any part of the Motion and, therefore, the Motion is opposed.

Dated: April 24, 2026                    */s/ Joe Nguyen*
                                          Joe Nguyen

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2026, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: April 24, 2026                    */s/ Joe Nguyen*
                                         Joe Nguyen

-4-