**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

MARK AUSSIEKER, individually and on
behalf of others similarly situated,

                Plaintiff,

    v.

EVERLAW, INC.,

                Defendant.

Case No. 2:26-cv-00100-MPK

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2026, upon consideration of the Motion to Dismiss filed by Everlaw, IT IS HEREBY ORDERED that said Motion is GRANTED. Count II of the FAC and Plaintiff's request for treble damages under both Counts I and II are dismissed with prejudice.

IT IS SO ORDERED.

BY THE COURT:

_____
U.S. Magistrate Judge Maureen P. Kelly