**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARK AUSSIEKER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**EVERLAW, INC.**<br><br>*Defendant.* | Case No.<br>2:26-cv-00100<br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER DENYING]**
**DEFENDANT'S MOTION TO DISMISS**

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the

Defendant's Partial Motion to Dismiss is hereby DENIED.


*BY THE COURT:*


_____
              J.