**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| MARK AUSSIEKER, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVERLAW, INC.,<br><br>Defendant. | Case No. 2:26-cv-00100-MPK |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter the appearance of Gregg Orsag, Esquire of Stradley Ronon Stevens & Young,

LLP, on behalf of Defendant, Everlaw, Inc., in the above matter.

Dated: July 29, 2026

Respectfully submitted,

*/s/ Gregg Orsag*
Gregg Orsag (PA ID No. 81482)
Great Valley Corporate Center
30 Valley Stream Parkway
Malvern, PA 19355
T: (610) 640-5804
F: (610) 640-1965
gorsag@stradley.com
*Attorney for Defendant,*
*Everlaw, Inc.*

8550497v.1

## CERTIFICATE OF SERVICE

I, Gregg Orsag, hereby certify that on July 29, 2026, I caused the foregoing Notice of Appearance to be electronically filed via the Court's ECF's system. The foregoing document is available for viewing and downloading form the PACER system by all parties and counsel of record.

/s/ Gregg Orsag
Gregg Orsag